NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FREDERICK JOHNSON, )
)
     Appellant, )
)
v. )     Case No. 2D18-4822
)
STATE OF FLORIDA, )
)
     Appellee. )
_____)

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Kimberly K.
Fernandez, Judge.

PER CURIAM.

     Affirmed.  See Wright v. State, 911 So. 2d 81 (Fla. 2005); Barfield v. State,

594 So. 2d 259 (Fla. 1992); Smart v. State, 124 So. 3d 347 (Fla. 2d DCA 2013).

KHOUZAM, C.J., and SLEET and BADALAMENTI, JJ., Concur.